<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE DISTRICT OF NEW JERSEY</u>

| | |
|---|---|
| MARILYN CORTEZ, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 09-4824 (JAG) |
| v. : | |
| : | **ORDER** |
| COMMISSIONER OF SOCIAL : | |
| SECURITY, : | |
| : | |
| Defendant. : | |

**<u>GREENAWAY, JR., U.S.D.J.</u>**

This matter having come before this Court on the application of the plaintiff, Marilyn Cortez ("Plaintiff"), and this Court having considered Plaintiff's application to proceed <u>in forma pauperis</u> and file the Complaint without prepayment fees, pursuant to 28 U.S.C. § 1915; and this Court finding that Plaintiff has submitted an <u>in forma pauperis</u> affidavit of indigence; and this Court concluding, based on the affidavit, that Plaintiff qualifies for pauper status; and good cause appearing,

It is on this 30th day of October, 2009,

ORDERED that Plaintiff may proceed application to proceed <u>in forma pauperis</u> without prepayment of the filing fee, pursuant to 28 U.S.C. § 1915(a); and it is further

ORDERED that the Clerk of Court is directed to filed the Complaint in the above-captioned action; and it is further

ORDERED that a copy of the Order shall be served on the parties within seven (7) days of the date of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.